996

No. 00–6093. SUGAR *v.* MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 00–6098. MASON *v.* NORWEST BANK ET AL. C. A. 8th Cir. Certiorari denied.

No. 00–6105. COOMBS *v.* SPRINT COMMUNICATIONS CO. ET AL. Sup. Ct. N. C. Certiorari denied.

No. 00–6107. ROBERTS *v.* GARCIA, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 00–6109. SHEARIN *v.* MOTHER AUMP CHURCH ET AL. Sup. Ct. Del. Certiorari denied.

No. 00–6115. TURNER *v.* LOCKYER, ATTORNEY GENERAL OF CALIFORNIA, ET AL. C. A. 9th Cir. Certiorari denied.

No. 00–6117. MARTIN *v.* CORCORAN, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 00–6121. SMITH *v.* HOOPER ET AL. Ct. App. Ky. Certiorari denied.

No. 00–6123. VISHEVNIK *v.* BOARD OF EDUCATION OF THE CITY OF NEW YORK ET AL. Sup. Ct. N. Y., New York County. Certiorari denied.

No. 00–6130. MARSHALL *v.* CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 00–6131. ROBINSON *v.* DIRECTOR OF CORRECTIONS OF CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 00–6134. GRANT *v.* LEE ET AL. C. A. 11th Cir. Certiorari denied.

No. 00–6144. SHAW *v.* DORMIRE, SUPERINTENDENT, JEFFERSON CITY CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 00–6145. SMITH *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 00–6154. BRYANT *v.* CARLTON, WARDEN. C. A. 6th Cir. Certiorari denied.